IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOSES JACKSON, AIS #228710, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:17-CV-414-RAH ) |
| EDDIE COOK, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

On June 4, 2020, the Magistrate Judge entered a Recommendation (Doc. #35) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendants' motion for summary judgment is GRANTED.

3. Judgment is GRANTED in favor of the defendants.

4. This case is DISMISSED with prejudice.

5. The parties bear their own costs.

A separate Final Judgment will be entered.

DONE, this 15th day of July, 2020.

                                                /s/ R. Austin Huffaker, Jr.
                                                R. AUSTIN HUFFAKER, JR.
                                                UNITED STATES DISTRICT JUDGE